Date: 09/17/10    *RCP # 151018*    Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Case Number 09-22046 - FREEMAN, MELISSA M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Prime Health** <br> Department of Lake Hospital System <br> P.O. Box 714328 <br> Columbus, OH 43271-4328 | 000002 | 6.14 | 0.49 *CK # 103* |
| **Eastside ENT Specialists Inc.** <br> 9500 Mentor Avenue #200 <br> Mentor, OH 44060 <br> (3-1) medical services rendered | 000003 | 53.29 | 4.29 *# 104* |
| ---------- Remittance Total --------------- | | 59.43 | 4.78 |

_____
TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 2010 SEP 27 AM 11:34 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND